# United States Bankruptcy Court
## Northern District of Mississippi

In re: **Paula Perteet / Willie Perteet**, Debtor(s)

Case No. **18-11692**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **September 14, 2018**, a copy of **Motion to Borrow, Notice of Hearing, Responses due by 9/25/18** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**1st Franklin**
PO Box 1309
Kosciusko, MS 39090

**ACS Education Service**
PO Box 7051
Utica, NY 13504-7051

**Acs/mheac**
501 Bleecker St
Utica, NY 13501

**American Express**
PO Box 981535
El Paso, TX 79998-1535

**Amex**
Correspondence
PO Box 981540
El Paso, TX 79998

**Attala County Chancery Court**
230 W Washington St
Kosciusko, MS 39090-3635

**Bank Of America**
Nc4-105-03-14
PO Box 26012
Greensboro, NC 27410

**Bank Of America**
ATTN: Bankruptcy Dept.
PO Box 982236
El Paso, TX 79998-2236

**Bank Of America**
Nc4-105-03-14
PO Box 26012
Greensboro, NC 27410

**Barclays Bank Delaware**
100 S West St
Wilmington, DE 19801

**Barclays Bank Delaware**
Card Services
PO Box 8802
Wilmington, DE 19899-8802

**Barclays Bank Delaware**
PO Box 8803
Wilmington, DE 19899

**BB&T**
Attn: Bankruptcy
PO Box 1847
Wilson, NC 27894

**Best Buy**
**Retail Services**
**PO Box 5893**
**Carol Stream, IL 60197-5893**

**Best Buy**
**Retail Services**
**PO Box 5893**
**Carol Stream, IL 60197-5893**

**Capital One**
**Attn: Bankruptcy**
**PO Box 30258**
**Salt Lake City, UT 84130**

**Capital One**
**Attn: General Correspondence/Bankruptcy**
**PO Box 30285**
**Salt Lake City, UT 84130**

**Capital One/Best Buy**
**Attn: Correspondence**
**Po Box 30285**
**Salt Lake City, UT 84130**

**Carico Intl**
**2851 W Cypress Creek Rd**
**Fort Lauderdale, FL 33309**

**Chase**
**Post Office Box 15298**
**Wilmington, DE 19850**

**Chase Card Services**
**Attn: Correspondence Dept**
**PO Box 15298**
**Wilmington, DE 19850**

**Childrens Place/Citicorp Credit Services**
**Attn: Citicorp Credit Services**
**PO Box 20507**
**Kansas City, MO 64195**

**Citibank**
**Citicorp Credit**
**Centralized Bankruptcy**
**PO Box 790040**
**Saint Louis, MO 63179**

**Citibank/Goodyear**
**Citicorp Credit Srvs/Centralized Bankrup**
**PO Box 790040**
**St. Louis, MO 63179**

**Citibank/Sears**
**Citicorp Credit Srvs/Centralized Bankrup**
**PO Box 490040**
**St. Louis, MO 63179**

**Citicards Cbna**
**Citicorp Credit Svc/Centralized Bankrupt**
**PO Box 790040**
**Saint Louis, MO 63179**

**Citz Nat Bk**
**P O Box 911**
**Meridian, MS 39302**

**Citz Nat Bk**
**P O Box 911**
**Meridian, MS 39302**

**Comenity Bank/goodys**
**Attn: Bankruptcy**
**PO Box 182125**
**Columbus, OH 43218**

**Comenity Bank/Lane Bryant**
**Attn: Bankruptcy**
**PO Box 182125**
**Columbus, OH 43218**

**Comenity Bank/Lane Bryant**
**Attn: Bankruptcy**
**PO Box 182125**
**Columbus, OH 43218**

**Comenity Capital/mprc**
**Attn: Bankruptcy**
**PO Box 18215**
**Columbus, OH 43218**

**Comenitybank/kay**
**3100 Easton Square Pl**
**Columbus, OH 43219**

**Dillards Card Srvs/Wells Fargo Bank Na**
**PO Box 10347**
**Des Moines, IA 50306**

**Discover**
**PO Box 30943**
**Salt Lake City, UT 84130-0943**

**Discover Financial Services, LLC**
**PO Box 15316**
**Wilmington, DE 19850**

**Discover Personal Loan**
**Attn: Bankruptcy**
**PO Box 30954**
**Salt Lake City, UT 84130**

**Encore Receivable Management, Inc.**
**PO Box 3330**
**Olathe, KS 66063-3330**

**First Loans**
**126 Veterans Memorial Dr**
**Kosciusko, MS 39090**

**Goodyear Credit Plan**
**PO Box 6403**
**Sioux Falls, SD 57117-6403**

**Great Lakes**
**PO Box 530229**
**Atlanta, GA 30353-0229**

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101**

**JPM Chase**
**PO Box 182057**
**Columbus, OH 43219**

**Kay Jewelers**
**Attn: Bankruptcy**
**PO Box 1799**
**Akron, OH 44309**

**Lending Club Corp**
**71 Stevenson St**
**Suite 300**
**San Francisco, CA 94105**

**Leroys Jewelers**
**Sterling Jewelers, Inc/Attn: Bankruptcy**
**Po Box 1799**
**Akron, OH 44309**

**Macy's**
**Bankruptcy Processing**

**PO Box 8053**
**Mason, OH 45040-8053**

**MDHS**
**Susanne Merchants, Esq.**
**PO Box 352**
**Jackson, MS 39205-0352**

**MDHS - CSE**
**Attn: Bankruptcy Reporting Contact**
**P.O. Box 352**
**Jackson, MS 39205**

**Merchants & Farmers Ba**
**PO Box 520**
**Kosciusko, MS 39090**

**Miss Hghr Educ Asst Co**
**In1-0102**
**PO Box 7013**
**Indianapolis, IN 46207**

**Mississippi Department Of Revenue**
**Bankruptcy Division**
**P.O. Box 22808**
**Jackson, MS 39225**

**Msdhs/metss**
**750 North State St**
**Jackson, MS 39202**

**Navient**
**Attn: Bankruptcy**
**PO Box 9500**
**Wilkes-Barre, PA 18773**

**Nuvell Credit**
**PO Box 380901**
**Bloomington, MN 55438**

**Office Of U.S. Attorney**
**U.S. Department Of Education**
**900 Jefferson Ave**
**Oxford, MS 38655-3608**

**Office Of U.S. Attorney**
**U.S. Department Of Education**
**900 Jefferson Ave**
**Oxford, MS 38655-3608**

**Onemain Financial**
**Attn: Bankruptcy**
**PO Box 3251**
**Evansville, IN 47731**

**Republic Finance**
**59 Veterans Memorial Dr**
**Kosciusko, MS 39090**

**Republic Finance**
**PO Box 15429**
**Baton Rouge, LA 70895-5429**

**Sallie Mae**
**PO Box 9500**
**Wilkes Barre, PA 18773-9500**

**Sallie Mae**
**PO Box 9500**
**Wilkes Barre, PA 18773-9500**

**Sheffield Financial**
**PO Box 580229**
**Charlotte, NC 28258-0229**

**SST/Best Egg**
**Attn: Bankruptcy**
**4315 Pickett Rd**

**Saint Joseph, MO 64503**

**Synchrony Bank**
**Attn:  Bankruptcy Department**
**PO Box 965060**
**Orlando, FL 32896**

**Synchrony Bank**
**PO Box 965036**
**Orlando, FL 32896**

**Synchrony Bank**
**Attn: Bankruptcy**
**PO Box 965060**
**Orlando, FL 32896**

**Synchrony Bank**
**Attn: Bankruptcy**
**PO Box 965060**
**Orlando, FL 32896**

**Synchrony Bank**
**Attn: Bankruptcy**
**PO Box 965060**
**Orlando, FL 32896**

**Synchrony Bank/ JC Penneys**
**Attn: Bankruptcy**
**PO Box 965060**
**Orlando, FL 32896**

**Synchrony Bank/ JC Penneys**
**Attn: Bankruptcy**
**PO Box 965060**
**Orlando, FL 32896**

**Synchrony Bank/Care Credit**
**Attn: Bankruptcy**
**PO Box 965060**
**Orlando, FL 32896**

**Synchrony Bank/Lowes**
**Attn: Bankruptcy**
**Po Box 965060**
**Orlando, FL 32896**

**Synchrony Bank/PayPal Cr**
**Attn: Bankruptcy**
**PO Box 965060**
**Orlando, FL 32896**

**Synchrony Bank/Sams**
**Attn: Bankruptcy**
**PO Box 965060**
**Orlando, FL 32896**

**Target**
**Target Card Services**
**Mail Stop NCB-0461**
**Minneapolis, MN 55440**

**Target**
**Target Card Services**
**Mail Stop NCB-0461**
**Minneapolis, MN 55440**

**Target**
**PO Box 673**
**Minneapolis, MN 55440**

**Target Card Services**
**PO Box 660170**
**Dallas, TX 75266-0170**

**Terre Vardaman**
**Chapter 13 Trustee**
**P.O. Box 1326**

| |
|---|
| **Brandon, MS 39043** |
| **Tower Loan**<br>**Attn: Bankruptcy**<br>**406 Liberty Park Court**<br>**Flowood, MS 39232** |
| **Tower Loan**<br>**PO Box 320001**<br>**Flowood, MS 39232-0001** |
| **Tower Loan**<br>**Attn: Bankruptcy**<br>**406 Liberty Park Court**<br>**Flowood, MS 39232** |
| **Tower Loan**<br>**PO Box 320001**<br>**Flowood, MS 39232-0001** |
| **U.S. Department Of Education**<br>**61 Forsyth St SW Ste 19T40**<br>**Atlanta, GA 30303-8919** |
| **U.S. Department Of Education**<br>**FedLoan Servicing**<br>**PO Box 69184**<br>**Harrisburg, PA 17106-9184** |
| **U.S. Department Of Education**<br>**61 Forsyth St SW Ste 19T40**<br>**Atlanta, GA 30303-8919** |
| **U.S. Department Of Education**<br>**FedLoan Servicing**<br>**PO Box 69184**<br>**Harrisburg, PA 17106-9184** |
| **Us Dept Of Ed/Great Lakes Higher Educati**<br>**Attn: Bankruptcy**<br>**2401 International Lane**<br>**Madison, WI 53704** |
| **Vanderbilt Mortgage**<br>**Attn: Bankruptcy Dept**<br>**P.O. Box 9800**<br>**Maryville, TN 37802** |
| **Vanderbilt Mortgage**<br>**Attn: Customer Service**<br>**500 Alcoa Trail**<br>**Maryville, TN 37804** |
| **Visa Dept Store National Bank/Macy's**<br>**Attn: Bankruptcy**<br>**PO Box 8053**<br>**Mason, OH 45040** |
| **Wells Fargo**<br>**PO Box 94498**<br>**Las Vegas, NV 89193** |
| **Wells Fargo Bank, N.A.**<br>**Attn:  Bankruptcy Department**<br>**3476 Stateview Blvd**<br>**Fort Mill, SC 29715-7203** |
| **Wells Fargo Card Services**<br>**PO Box 6412**<br>**Des Moines, IA 50306** |
| **Wells Fargo Jewelry Advantage**<br>**Attn: Bankruptcy**<br>**PO Box 71118**<br>**Charlotte, NC 28272** |

**/s/ Robert Lomenick**
**Robert Lomenick, MSB 104186**
**Chern Law**
**126 N. Spring St.**
**P.O. Box 417**
**Holly Springs, MS 38635**
**662-252-3224Fax:662-252-2858**
**rlomenick@gmail.com**